UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-3191
_____

RICHARD MILLER; TONYA CRAWLEY,
                                                        Appellants

v.

CITY OF PHILADELPHIA; DETECTIVE BOVA; DETECTIVE LUCKE; DETECTIVE CRAIG COULTER; DETECTIVE GRACE; SWAT OFFICER LT. MONK; SWAT OFFICER SGT. MELLODY; SWAT OFFICER OLDRATI; SWAT OFFICER HOUGH; SWAT OFFICER CLARK; SWAT OFFICER HAMOY; SWAT OFFICER RECHNER; SWAT OFFICER FITZPATRICK; SWAT OFFICER BURKITT; SWAT OFFICER SABA; POLICE OFFICERS JOHN DOES 1–10
_____

(E.D. Pa. No. 2:23-cv-04762)
_____

SUR PETITION FOR REHEARING
_____

Present:   CHAGARES, *Chief Judge*, and HARDIMAN, SHWARTZ,
           KRAUSE, RESTREPO, BIBAS, PORTER, MATEY,
           PHIPPS, FREEMAN, MONTGOMERY-REEVES,
           CHUNG, BOVE, MASCOTT, SCIRICA,*  and SMITH,† *Circuit Judges*

   The petition for rehearing filed by Appellants in the above-captioned case having been

submitted to the judges who participated in the decision of this Court and to all the other

available circuit judges of the circuit in regular active service, and no judge who concurred

in the decision having asked for rehearing, and a majority of the judges of the circuit in

---

* Judge Scirica's vote is limited to panel rehearing only.
† Judge Smith's vote is limited to panel rehearing only.

regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc is **DENIED**.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: January 21, 2026
Lmr/cc: All Counsel of Record